No. 69194.—Baar & Beards, Inc., et al. *v.* United States, protests 285497–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon hemmed mufflers similar in use to silk mufflers and following *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

No. 69195.—America-Asia Co. et al. *v.* United States, protests 62/1875, etc. (Los Angeles).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.